■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY VAN DYKE, Appellant. [831 NYS2d 902]—Judgment, Supreme Court, New York County (Charles H. Solomon, J., on suppression motions; Maxwell Wiley, J., at plea and sentence), rendered May 5, 2005, convicting defendant of four counts of criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 5 to 10 years, unanimously affirmed.

Based upon our review of the minutes of the Darden hearing (People v Darden, 34 NY2d 177 [1974]), we conclude that there was probable cause for issuance of the search warrant (see generally Spinelli v United States, 393 US 410 [1969]; Aguilar v Texas, 378 US 108 [1964]). We have examined defendant's pro se arguments and find them without merit. Concur—Saxe, J.P., Williams, Buckley, Catterson and Malone, JJ.

■ In the Matter of DARRELL G., a Person Alleged to be a Juvenile Delinquent, Appellant. [831 NYS2d 901]—Order of disposition, Family Court, Bronx County (Alma Cordova, J.), entered on or about October 19, 2005, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that he committed acts which, if committed by an adult, would constitute the crimes of robbery in the second degree, grand larceny in the fourth degree, criminal possession of stolen property in the fifth degree, and menacing in the third degree (two counts), and placed him on probation for a period of nine months, unanimously affirmed, without costs.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. There is no basis for disturbing the court's determinations concerning identification and credibility, including its rejection of appellant's alibi defense (see People v Bleakley, 69 NY2d 490, 495 [1987]). Concur—Saxe, J.P., Williams, Buckley, Catterson and Malone, JJ.